138509

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1615 PAM/JGL **Case Title:** C.C. Day v Domnick Hunter

**Affidavit of Movant**

I, Jason Stover, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice William L. Esser, IV, an attorney admitted to practice in the Western District of North Carolina, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Domnick Hunter in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature Jason Stover | 30573X MN Attorney License # | October, 2001 Date

**Affidavit of Proposed Admittee**

I, William L. Esser IV, am currently a member in good standing of the U.S. District Court for the Western District of North Carolina, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

William L. Esser IV — Type/Print Name | Signature | 10/2/01 Date

Attorney License Number: 29201

Law Firm Name & Address: Parker Poe Adams & Bernstein
401 S. Tryon Street, Suite 3000
Charlotte, NC 28202

Telephone: (704) 372-9000

Motion Granted: [signature] | OCT 11 2001 Date
For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______