421539

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1615 PAM / JGL Case Title: C.C. Day, Inc. v. domnick hunter, Inc.

### Affidavit of Movant

I, Jason Stover ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Michael G. Adams, an attorney admitted to practice in the Western District of North Carolina ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant domnick hunter, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | 30573X<br>MN Attorney License # | January 17, 2002<br>Date |
|---|---|---|

### Affidavit of Proposed Admittee

I, Michael G. Adams, am currently a member in good standing of the U.S. District Court for Western District of North Carolina, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Michael G. Adams<br>Type/Print Name | Signature | January 10, 2002<br>Date |
|---|---|---|

Attorney License Number: 16528
Law Firm Name & Address: Parker Poe Adams & Bernstein
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: 704-372-9000

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

JAN 18 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JAN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK