UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

C.C. Day, Inc. d/b/a C.C. Day Company, a Minnesota corporation,

Plaintiff,

vs.

Domnick Hunter, Inc., a North Carolina corporation,

Defendant.

---

Civil No. 01-1615PAM/JGL

**ORDER**

The Court, upon consideration of all the files, records, and proceedings herein, including the Stipulation of Extension of Time in Which Defendant Must Disclose Expert Witnesses executed by the parties, and upon good cause shown pursuant to Local Rule 16.3, hereby GRANTS Defendant Domnick Hunter, Inc.'s request for an extension of time in which to complete the disclosure of expert witnesses required by Federal Rule of Civil Procedure 26. Defendant Domnick Hunter, Inc. is hereby granted an extension of time up to and including April 30, 2002, in which to make the required disclosures.

Dated: April 15, 2002

BY THE COURT:

Honorable Jonathan G. Lebedoff

GP:881245 v1

APR 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

C.C. Day, Inc. d/b/a C.C. Day Company,
a Minnesota corporation,

Plaintiff,

vs.

Domnick Hunter, Inc.,
a North Carolina corporation,

Defendant.

Civil No. 01-1615PAM/JGL

**STIPULATION OF EXTENSION OF TIME IN WHICH DEFENDANT MUST DISCLOSE EXPERT WITNESSES**

It is hereby stipulated and agreed, by and between the above parties, through their undersigned counsel, that the time within which Defendant Domnick Hunter, Inc. ("Domnick Hunter") shall make its disclosure of expert witnesses as required by the Court's Pretrial Schedules shall be extended from April 15, 2002, through and including April 30, 2002.

The parties hereby acknowledge that Defendant Domnick Hunter has good cause to request an extension of time in which to make the required disclosure of expert witnesses, due to the parties' ongoing settlement discussions. In addition, Defendant has not yet completed discovery into the damages suffered by Plaintiff. Defendant anticipates that its expert witness or witnesses will testify as to the damages Plaintiff suffered in this case.

Dated: April 10, 2002

MINENKO & HOFF, P.A.

By________________________
Michael J. Minenko (# 129872)
Attorneys for Plaintiff
5200 Willson Road, Suite 150
Edina, MN 55424
Telephone: (952) 922-6766

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: April 8, 2002

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By ______________________
William L. Killion (#55700)
Jason J. Stover (#30573X)
Attorneys for Defendant
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

GP:881232 v1