UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

C.C. Day, Inc. d/b/a C.C. Day Company, a Minnesota corporation,

Plaintiff,

vs.

Domnick Hunter, Inc., a North Carolina corporation,

Defendant.

Civil No. 01-1615 PAM/JGL

**CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER**

The parties hereto, directly or through their undersigned counsel, hereby stipulate and agree that the following Protective Order may be entered in the above-captioned matter:

1. This Confidentiality Stipulation and Protective Order (hereinafter "Order") establishes a method of protecting information and documents within the scope of Rule 26 of the Federal Rules of Civil Procedure. This Order shall remain in full force and effect until modified, superseded or terminated on the record by agreement of the parties hereto, or by order of the Court.

2. All documents and information produced to any opposing party pursuant to this Order shall be used only for the purpose of this litigation and not for any other purpose whatsoever, including, without limitation, any business, commercial, public or other litigation purpose.

3. Any documents or information that the producing party deems to constitute, contain or disclose confidential or proprietary information shall be designated as confidential. No party shall use the documents or information designated as confidential

APR 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

for competitive advantage or disadvantage, or to harm the other party or the other party's employees or business associates. No party shall use the documents or information designated as confidential to the business detriment of any other party to this litigation. No party shall use the documents or information designated as confidential to harass or embarrass the other party.

4. The documents or information designated as confidential and produced pursuant to this Order may not be disclosed to any third party, except when necessary to conduct this litigation. No disclosures shall be made to third parties, other than attorneys and court personnel, unless they sign a conformed copy of this stipulation.

5. The restrictions herein shall not apply to documents or information in the parties' possession prior to the commencement of this litigation, or to documents or information not designated by the parties as confidential.

6. The parties' stipulation herein shall be without prejudice to the rights of the parties to bring before the Court at any time the question whether the documents, records and information should be restricted as set forth herein or otherwise.

7. At the conclusion of the litigation, all documents or information designated as confidential, produced during the course of discovery and all copies of the same, and all documents containing information exchanged during the course of discovery and all copies of the same shall be promptly returned to the producing party. All outlines, summaries, abstracts, compilations, memoranda, documents, and the like constituting, embodying, or disclosing information exchanged during the discovery of this matter shall be promptly returned to the producing party. Briefs and other court documents

prepared for use in litigation that contain confidential information need not be returned, but shall be kept confidential.

Dated: March 28, 2002

MINENKO & HOFF, P.A.

By: ______________________

Michael J. Minenko (#129872)
5200 Willson Road, Suite 150
Edina, MN 55424
(952) 922-6766

Attorneys for Plaintiff

Dated: March 29, 2002

GRAY, PLANT, MOOTY & BENNETT, P.A.

By: ______________________

Jason J. Stover (#30573X)
3400 City Center, 33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

Attorneys for Defendant

**PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and the forgoing Confidentiality Stipulation of the parties hereto:

**IT IS HEREBY ORDERED:**

1. The forgoing Confidentiality Stipulation of the parties shall be and hereby is adopted as the Order of this Court, and the parties are directed to fully comply with its terms.

2. The Clerk of this Court is directed to maintain the confidentiality of all documents filed in accordance with the forgoing Confidentiality Stipulation.

Dated: April 15, 2002

BY THE COURT:

Jonathon Lebedoff
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.